## CERTIFICATE OF SERVICE

I, Eric J. Stark, Esquire, and Alexis Conrad, Esquire, do hereby certify that on this day, served, by ECF notification, a true and correct copy of the foregoing *Amended Civil Complaint* to the following:

Micah T. Saul
MSaul@mcneeslaw.com
McNees Wallace & Nurick LLC
570 Lausch Lane, Suite 200
Lancaster, PA 17601

**STARK LAW GROUP, LLC**

By:_____/s/ Eric Stark_____
Bar Number: 200677
1370 Harrisburg Pike
Lancaster, PA 17601
Phone: 717-844-6350
Email:eric@starklawllc.com

By:_____/s/ Alexis Conrad___
Alexis Conrad (*Formerly Alexis Rostucher*)
Attorney Bar No: 335686
1370 Harrisburg Pike
Lancaster, PA 17601
Phone: 717-844-6350
Email:alexis@starklawllc.com

DATE: 5/2/2025